ANNIE H. JACKSON, Appellant, *v.* PHILLIPS WEEKS et al., Respondents.

(Argued December 1, 1890; decided December 16, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made July 23, 1886, which affirmed a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

*W. H. Cuddeback* for appellant.

*Theodore Fitch* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.